BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §§
John Arthur Bale §§ Case No.: 10–70384–hdh7
Theresa Melinda Bale §§ Chapter No.: 7
Debtor(s) §§

## ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED: 11/24/10            FOR THE COURT:
                           Tawana C. Marshall, Clerk of Court